IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM RANDALL BURNETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv720-MHT |
| | ) | (WO) |
| VETERANS HEALTHCARE SYSTEM | ) | |
| OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 2671-2680, plaintiff filed this lawsuit stemming from injuries he suffered in the parking lot of a federal veterans' healthcare facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of June, 2018.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**