IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM RANDALL BURNETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv720-MHT |
| | ) | (WO) |
| VETERANS HEALTHCARE SYSTEM | ) | |
| OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) Defendant's motion to dismiss (doc. no. 11) is granted.

(3) This lawsuit is dismissed with prejudice due to the passage of the statute of limitations.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of June, 2018.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**